NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLARIS INNOVATIONS LIMITED,**
*Appellant*

**v.**

**UNITED STATES,**
*Intervenor*

---

2018-1831

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00116.

---

**JUDGMENT**

---

AZRA HADZIMEHMEDOVIC, Tensegrity Law Group LLP, McLean, VA, argued for appellant. Also represented by SAMANTHA A. JAMESON, AARON MATTHEW NATHAN; MATTHEW D. POWERS, DANIEL RADKE, Redwood Shores, CA; NATHAN NOBU LOWENSTEIN, KENNETH J. WEATHERWAX, Lowenstein & Weatherwax LLP, Los Angeles, CA.

PETER J. AYERS, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor. Also represented by DANIEL KAZHDAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED; COURTNEY DIXON, JOSEPH H. HUNT, SCOTT R. MCINTOSH, MELISSA N. PATTERSON, Civil Division, Appellate Staff, United States Department of Justice, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 7, 2022          /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                        Clerk of Court